**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

      V.                                 CRIM. CASE NO: MJ04-M-273 JLA

JOSE ALFREDO TAPIA
        Defendant

**ORDER ON**
**APPOINTMENT OF FEDERAL DEFENDER**

ALEXANDER, U.S.M.J.

On November 18, 2004, the defendant in the above-entitled action appeared before this Court for an initial appearance on a complaint from the Western District of Texas, charging the defendant with 18 U.S.C. §846 possession with intent to distribute marajuana.  The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel, it is hereby ORDERED that attorney LEO SOROKIN of the Federal Defender Office for the District of Massachusetts be appointed, effective as of November 18, 2004, to represent said defendant in this cause until further order of the Court.

     SO ORDERED.

                                               JOYCE LONDON ALEXANDER
                                               UNITED STATES MAGISTRATE JUDGE

                                               BY THE COURT:

                                               /S/ Rex Brown
                                               Courtroom Clerk

November 18, 2004
Date