RECEIVED
Clerk's Office
USDC, Mass.
Date 11/30/04
By [signature]
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | MAGISTRATE NO. 04-M-273-JLA |
| ) | |
| JOSE TAPIA ) | |

### DEFENDANT'S MEMORANDUM IN SUPPORT OF RELEASE

Defendant Jose Tapia hereby submits the attached letters from his family in further support of his request for release on any conditions the Court deems reasonable. The letter from Tapia's mother, translated from Spanish by the Federal Defender Office investigator, confirms that she will post her house to secure his release. The letters from the rest of his family reiterate their support for him.

                                JOSE TAPIA
                                By his attorney,

                                [signature]
                                Leo T. Sorokin
                                B.B.O. #559702
                                Federal Defender Office
                                408 Atlantic Avenue, 3rd Floor
                                Boston, MA  02110
                                Tel: 617-223-8061


### CERTIFICATE OF SERVICE

I, Leo T. Sorokin, hereby certify that true copies of the above document were served upon Assistant United States Attorney Susan Poswistilo by delivery on November 30, 2004.

                                [signature]
                                Leo Sorokin

To Whom it may concern
Judge Alexander                                    Nov 24 2004

I Angelica Sanchez am writting on behalf of my mother.

I am the wife of Jose Tapia. I love my husband very much. I miss him and need his companionship. I do trust him a beleive he will show up to court when needed. If you were to decide to let him out he will come home and get a job. My husband is a very nice and wonderful person. I am currently working, but with all my bills I don't have enough money to bail my husband out. My mother in law has decided to put her house up that it something she can do. I need him at home.

Maria Tapia

Maria Tapia

Dear Judge Alexander,

I am Sergio Tapia son of Jose Tapia and I'm writing to tell you how much we miss and need my dad at home. My dad is important to me and my family and we would try to bail him out but we can't only my grandma that owns her house can put it up for my dads bail which shes willing to do. I miss my dad and hope he would be home for the holidays. My dad would always tell me that school is important thing in life and always directed me in that direction and working also. Now I'm in college and have a job working with satelites and I'm glad I listen to my dad about school being the best thing for your own goods as he says. However, if my dad would get a chance to be with his family I know he will go to court and get a job for the love he has for his family and mother.
I wish the best for my dad and thank you for at least listening to my few words.

Sincerly,
Sergio Tapia

To Whom it may concern— Nov 24 2004
Judge Alexander

I am the daughter of Jose Tapia. Jose is a loving, caring, and wonderful dad. My dad has lead me in the right direction. He's always wanted me to go to school and get a good job. Because of this he incouraged me to go to a trade school in Phoenix. I got a job & met my husband. My husband and I have a good job, and a house and are very happy. I bring all this up because if it wasn't for him I wouldn't be where I'm at. He has always been there for me, without him I wouldn't be where I'm at. What saddens me is that he's going to miss out on the lives of his grandchildren. I almost didn't go to my moms for thanksgiving because my dad and I always cooked our Turkey together and I felt sad knowing he wouldn't be there. I love my dad with all my heart and to me he has always been the Best Dad in the world. I don't have anything I could offer now and it hurts because he's always helped in time of need. We need my dad, my mom needs him the most though.

Sincerely,
Angelica Sanchez

November 26, 2004

The Honorable Judge Alexander,

My name is Oralia Rivas, sister of Jose Tapia. I reside in Tucson, Arizona and provide childcare services in my home. I'm very fond of my brother and care for him deeply. I pray that you find it in your heart to release my brother from custody until his next court appearance. I know that my brother is a responsible person and will attend any hearings on his behalf as mandated by the court.

Sincerely,

Oralia Rivas

Noviembre 26, 2004

Honorable Juez Alexander,

    Me llamo Sra. Angela Tapia, madre de Jose Tapia. Estoy de acuerdo de que mi propia casa se pondra de frente para soltar a mi hijo Jose, bajo de custodia. Tengo toda la confianza de que mi hijo se presentara a las cortes que se le permitan. El es un buen hijo y yo lo quiero mucho.

        Sinceramente,

        Angela Tapia

*Angela Tapia* (signature)

November 26, 2004

Honorable Judge Alexander

My name is Ms. Angela Tapia, Jose Tapia's mother. I agree in having my own house put forward in order to release my son Jose Tapia from custody. I have all the confidence in that my son will attend to the courts he is allowed to. He is a good son and I love him dearly.

Sincerely,
Angela Tapia
/s/